NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENNIS J. FULLENKAMP, TRUSTEE,              )
                                            )
        Appellant,                         )
                                            )
v.                                          )               Case No. 2D17-3244
                                            )
CITY OF FORT MYERS, FLORIDA, a              )
Municipality of the State of Florida,       )
                                            )
        Appellee.                          )
_____ )

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Gregory A. Rix, S. William Moore, and
Ryan C. Reese of Moore Bowman & Rix,
P.A., Tampa, for Appellant.

Grant W. Alley and Terry B. Cramer,
Assistant City Attorneys, Fort Myers; and
Stacy D. Blank and Patrick M. Chidnese
of Holland & Knight, Tampa, for Appellee.

PER CURIAM.


        Affirmed.


KELLY, MORRIS, and ATKINSON, JJ., Concur.